IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 359**

| | |
|---|---|
| SWISHER HYGIENE FRANCHISE CORP. | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| HYGIENA, LLC, | ) |
| Defendant. | ) |

This matter is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, a status conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, November 30, 2006 at 2:15 p.m.**

It is so ordered.

Signed: November 14, 2006

Graham C. Mullen
United States District Judge