# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:06-CV-359-GCM

| | |
|---|---|
| SWISHER HYGIENE FRANCHISE CORPORATION, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) **ORDER** |
| HYGENIA, LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the court on its own motion. The trial originally set for November 5, 2007, is hereby re-scheduled for **Tuesday, November 13, 2007, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 4, 2007

Graham C. Mullen
United States District Judge